UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

NYND- 5:21-mc- 32(FJS/TWD)

KELLY A. ZUELKE,

    Plaintiff,

v.

    Case No. 2:19-cv-74

    HON. JANET T. NEFF

AA RECOVERY SOLUTIONS, INC. and
PAYMENT MANAGEMENT SERVICES
USA, LLC,

    Defendants.
_____/



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAY 18 2021
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Syracuse

## DEFAULT JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiff and against Defendants in the total amount of $6,144.70, which consists of attorney's fees and costs totaling $4,144.70 for which Defendants are jointly and severally liable, and statutory damages of $1,000.00 per defendant.

Dated: July 15, 2019

                                                      /s/ Janet T. Neff
                                                    JANET T. NEFF
                                                    United States District Judge