AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | | |
|---|---|---|
| Kelly A. Zuelke ) | | |
| *Plaintiff* ) | | |
| v. ) | Civil Action No. 2:19-cv-00074 | |
| AA Recovery Solutions, Inc. et al ) | | |
| *Defendant* ) | | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___07/15/2019___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date   03/30/2021

CLERK OF COURT



Signature of Clerk or Deputy Clerk

AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | | |
|---|---|---|
| Kelly A. Zuelke | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:19-cv-00074 |
| AA Recovery Solutions, Inc. et al | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   07/15/2019   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date   03/30/2021

CLERK OF COURT



_____
*Signature of Clerk or Deputy Clerk*