5/12/21

To: The Clerk of the U.S. District Court - New York Northern Division

Enclosed please find a Foreign Judgment to be registered in the Northern District of New York. My printer decided to quit this morning, my apologies for the hand-written note.

Sincerely,

Gina Garity
ggarity@sulaimanlaw.com
(630) 568-3056

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 18 2021
AT ___ O'CLOCK
John M. Domurad, Clerk - Syracuse

Please call/email me if you need anything further.

Thank you!